

```
                                            CLERK'S OFFICE U.S. DIST. COURT
                                                   AT DANVILLE, VA
                                                   FILED for RJhl
```

IN THE UNITED STATES DISTRICT COURT **FEB 24 2011**
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION  JULIA C. DUDLEY, CLERK
BY: HMcDonad
DEPUTY CLERK

| | |
|---|---|
| ROBERT TRUSSELL,<br>    Plaintiff, | Civil Action No. 7:11-cv-00082 |
| v. | **ORDER** |
| DOC OF COMMONWEALTH VA,<br>    Defendant. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

### ORDERED

that plaintiff's request to proceed in forma pauperis is **GRANTED**; plaintiff's complaint is **DISMISSED without prejudice as frivolous**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile a clearer and more detailed complaint at the time of his choice.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 24th day of February, 2011.

                                                       /s/ Jackson L. Kiser
                                                     Senior United States District Judge